

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ANTHONY AGUILAR and BENITA CASTILLO VILLASENOR, | § | No. 08-14-00183-CV |
| | § | |
| Appellants, | | Appeal from the |
| | § | |
| v. | | County Court at Law No. 3 |
| | § | |
| | | of El Paso County, Texas |
| JACK SINTON, RICHARD RUDNICK, and DENNIS HAMMETT, | § | |
| | | (TC#2011-2349) |
| | § | |
| Appellees. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellants all costs in this Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF AUGUST, 2016.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.